IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 06-710 |
| v. | : | CIVIL ACTION |
| | : | NO. 07-3533 |
| CHRISTOPHER YOUNG | : | |

**O R D E R**

**AND NOW,** this **15th** day of **May, 2012,** for the reasons provided in the accompanying Memorandum, it is hereby **ORDERED** as follows:

(1) The Petition for Writ of Habeas Corpus titled "Movant is Challenging this Indictment Under 2241 Habeas Corpus For Lack of Person Jurisdiction, Subject-Matter Jurisdiction and Memorandum of Law" (ECF No. 1) is **DENIED** and **DISMISSED without prejudice**; and

(2) Counsel for the Government shall contact the U.S. Probation Office to determine Petitioner's current address and serve a copy of this Order and the accompanying Memorandum by Certified Mail on Petitioner at that address.

**AND IT IS SO ORDERED.**

s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**